UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-61059-SINGHAL

ROBYNE NEWELL,

    Plaintiff,

v.

PETSMART, INC., a foreign for-profit corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (DE [8]), filed on June 5, 2020. Being fully advised, it is

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** the file. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of June 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF